## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**CAROL THORNEBERRY**                                                                 **PLAINTIFF**

**VS.**                              **CASE NO. 5:06CV00175  JMM**

**DREW COUNTY, et al**                                                               **DEFENDANTS**

### ORDER

Plaintiff's Motion for Voluntary Dismissal filed pursuant to Fed. R. Civ. P. 41(a) (docket entry #3) is granted.   Plaintiff's complaint is dismissed without prejudice.

IT IS SO ORDERED this 30th day of October, 2006.

                                                            James M. Moody
                                                           United States District Judge